GAS 245D     (Rev. 1/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Eddie Robertson | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:  4:19CR00017-2<br>USM Number:  22932-021<br><br>Derek A.T. Kauhane<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of standard conditions of the term of supervision.

☒ was found in violation of a mandatory condition after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You knowingly left the federal judicial district without first getting permission from the court or the probation officer (standard condition). | September 15, 2022 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in Page 3 through of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Court finds the defendant not guilty of Violation Number 2 and Violation Number 5 is withdrawn.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  4451

May 13, 2024
Date of Imposition of Judgment

Defendant's Year of Birth: 1993

Signature of Judge

City and State of Defendant's Residence:

Savannah, Georgia

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

May 28, 2024
Date

GAS 245D   Judgment in a Criminal Case for Revocations                              Judgment — Page 2 of 3

DEFENDANT: Eddie Robertson
CASE NUMBER: 4:19CR00017-2

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | You committed another federal, state, or local crime (mandatory condition). | December 29, 2023 |
| 4 | You owned, possessed, or had access to a firearm, ammunition, destructive device, or dangerous weapon (standard condition). | December 29, 2023 |

GAS 245D    Judgment in a Criminal Case for Revocations                                        Judgment — Page 3 of 3

DEFENDANT:       Eddie Robertson
CASE NUMBER:     4:19CR00017-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>15 months.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
Designation to the Bureau of Prisons facility in either Estill, South Carolina, or Jesup, Georgia, is recommended. It is further recommended that the defendant be given access to any vocational training programs.

☒ The defendant is remanded to the custody of the United States Marshal.

■ The defendant shall surrender to the United States Marshal for this district:

■ at _____ ■ a.m. ■ p.m. on _____ .

■ as notified by the United States Marshal.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

■ before 2 p.m. on _____ .

■ as notified by the United States Marshal.

■ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL